|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IRVING R. URBINA, | ) No. EDCV 18-1286 JVS (FFM) |
|---|---|
| Plaintiff, | ) ORDER ACCEPTING FINDINGS, CONCLUSIONS AND |
| v. | ) RECOMMENDATIONS OF UNITED STATES MAGISTRATE |
| NEIL McDOWELL, *et al.*, | ) JUDGE |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

IT IS ORDERED that

(1) plaintiff's claim that the strip search violated his Eighth Amendment rights is dismissed with prejudice;

(2) plaintiff's due process claim is dismissed with prejudice;

/ / /

/ / /

  (3)  defendants' request for qualified immunity is denied without prejudice as to plaintiff's Fourth Amendment claim and Eighth Amendment van confinement and waiting room claims; and

  (4)  defendants' motion to dismiss the First Amended Complaint is denied in all other respects.

DATED: October 24, 2019

                JAMES V. SELNA
               United States District Judge