# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IRVING R. URBINA, | Case No. EDCV 18-01286 JVS (RAO) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NEIL McDOWELL, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: August 25, 2021

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE